# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Thorpe,                )
        Plaintiff,         )
                           ) No. 3:10-cv-1317-ARC
- VS. -                     ) (Judge Caputo)
                           )
Borough of Jim Thorpe, Pennsylvania et al.   )
                           )
        Defendants.        )

## ORDER

**NOW**, this 25th day of February, 2011, **IT IS HEREBY ORDERED** that the plaintiff's motion for stay of proceedings (Doc. 24) is **GRANTED** and any further proceedings in this case are stayed for a period of thirty (30) days.

A. Richard Caputo
United States District Judge