**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN THORPE, RICHARD THORPE, WILLIAM THORPE, and the SAC and FOX NATION OF OKLAHOMA, | CIVIL ACTION NO. 3:CV-10-1317 (JUDGE CAPUTO) |
| Plaintiffs, | |
| v. | |
| BOROUGH OF JIM THORPE, MICHAEL SOFRANKO, RONALD CONFER, JOHN MCGUIRE, JOSEPH MARZEN, W. TODD MASON, JEREMY MELBER, JUSTIN YAICH, JOSEPH KREBS, GREG STRUBINGER, KYLE SHECKLER, and JOANA KLITSCH, | |
| Defendants. | |

## ORDER

**NOW**, this 28th day of September, 2012, **IT IS HEREBY ORDERED** that Defendant Borough of Jim Thorpe's Motion to Permissively Allow Lineal Descendants of Decedent to Join in this Matter and Participate with Court Ordered Mediation (Doc. 82) and Defendant Borough of Jim Thorpe's Amended Motion to Permissively Allow Lineal Descendants of Decedent to Join in this Matter and Participate with Court Ordered Mediation (Doc. 85) are **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge