**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN THORPE, RICHARD THORPE, WILLIAM THORPE, and the SAC and FOX NATION OF OKLAHOMA,<br><br>  Plaintiffs,<br><br>  v.<br><br>BOROUGH OF JIM THORPE, MICHAEL SOFRANKO, RONALD CONFER, JOHN MCGUIRE, JOSEPH MARZEN, W. TODD MASON, JEREMY MELBER, JUSTIN YAICH, JOSEPH KREBS, GREG STRUBINGER, KYLE SHECKLER, and JOANA KLITSCH,<br><br>  Defendants. | CIVIL ACTION NO. 3:CV-10-1317<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 19th day of April, 2013, **IT IS HEREBY ORDERED** that:

(1) The Borough of Jim Thorpe's Motion for Summary Judgment Under the Probate Exception to Jurisdiction and the Doctrine of Laches (Doc. 93) is **DENIED**.

(2) The Borough of Jim Thorpe's Cross-Motion for Summary Judgment (Doc. 99) is **DENIED**.

(3) Plaintiffs Richard Thorpe, William Thorpe, and the Sac and Fox Nation of Oklahoma's Motion for Summary Judgment (Doc. 95) seeking a declaration as to the applicability of the Native American Graves Protection and Repatriation Act is **GRANTED**. The Borough of Jim Thorpe is a "museum" under the Native American Graves Protection and Repatriation Act and subject to the requirements of the Act, including those provisions governing repatriation requests. *See* 25 U.S.C. §§ 3001-3013.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge