IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN THORPE, RICHARD THORPE, WILLIAM THORPE, and the SAC and FOX NATION OF OKLAHOMA, | CIVIL ACTION NO. 3:CV-10-1317 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| BOROUGH OF JIM THORPE, MICHAEL SOFRANKO, RONALD CONFER, JOHN MCGUIRE, JOSEPH MARZEN, W. TODD MASON, JEREMY MELBER, JUSTIN YAICH, JOSEPH KREBS, GREG STRUBINGER, KYLE SHECKLER, and JOANA KLITSCH, | |
| Defendants. | |

## ORDER

**NOW**, this 26th day of February, 2015, in accordance with the United States Court of Appeals for the Third Circuit's Judgment and Opinion dated October 23, 2014 (Doc. 119), **IT IS HEREBY ORDERED** that judgment is entered in favor of the Borough of Jim Thorpe and against Plaintiffs. The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge